## First Department, January Term, 1886.

Elizabeth M. Crosby, Appellant, v. Eliza Fitzpatrick, Respondent. — Order affirmed, with ten dollars costs and disbursements to abide event. Opinion by Brady, J.

Henry B. Laidlaw, Respondent, v. Edward F. Slayback, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. David H. Crowley, Appellant. — Judgment affirmed. Opinion by Brady, J.; Davis, P. J., taking no part.

In the Matter of Charles Denison. — Order modified. as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Brady, J.

Attorney General v. Continental Life Insurance Company. — Order affirmed, without costs. Opinion by Davis, P. J.

Samuel Weeks and others v. Jacob Weeks Cornwall and others. — Judgment modified as directed in opinion, and case remitted to the Special Term. Motion for reargument denied, with ten dollars costs. Opinion by Daniels, J.

Title Guaranty and Trust Company, Appellant, v. John Reilly, as Register, etc., Respondent.— Order denying motion for injunction affirmed, except as to costs, as to which reversed, without costs of appeal and with liberty to renew the motion for injunction upon further papers whenever that may prove to be necessary for the protection of the legal rights of plaintiff. Opinions by Daniels J., and by Davis, P. J., dissenting.

Edward Fackner, Appellant, v. Peter B. Ross and others, Respondents. — Judgment affirmed, with costs. Opinion by Brady, J.

Michael Shaughnessy, Appellant, v. George K. Chase, Respondent. — Order reversed, with ten dollars costs and disbursements, and with leave to renew the motion to discharge the order of arrest. Opinions by Daniels, J., and Davis, P. J., and by Brady, J., dissenting.

Dora C. Ranges, Respondent, v. Charles Lyon, Jr., and another, Appellants. — Judgment affirmed, with costs. Opinion by Davis, P. J.

Warren Beman, Appellant, v. Louis L. Todd, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

James Pascoshell, Appellant, v. Twenty-third Street Railway Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinions by Brady, J., and Davis, P. J.

Mary A. Jordan and others, Appellants, v. George W. Poillon and others, Respondents.— Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Davis, P. J.

William W. Tracy, as Executor, etc., Respondent, v. Robert B. Snowden and others, Appellants.—Judgment affirmed, with costs. Opinion by Davis, P. J.

Andrew MacLean, Appellant, v. James H. Prentice, Respondent. — Judgment affirmed, with costs. Opinion by Davis, P. J.

In the Matter of Flora Hartman.—Order reversed and order entered directing hearing before a new referee, without costs to either party. Opinion by Davis, P. J.

Abraham B. Conger and others, Respondents, v. Sarah M. Duryea and others, Appellants. —

Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Henry W. Sharpless and another, Respondents, v. Walter K. Lits, Appellant. — Motion denied, with ten dollars costs. Opinion by Daniels, J.

In the Matter of Priscilla C. Drinker. — Decree reversed and application remitted to the surrogate, with costs to abide event. Opinion by Brady, J.

William C. Hussey, Respondent, v. John J. Coger, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

The Home Bank, Appellant, v. John C. Drumgoole, Respondent. — Judgment affirmed. Opinion by Brady, J.

In the Matter of Reuben W. Howes. — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Davis, P. J.

In the Matter of Cecelia L. Booth. — Decree reversed, and order entered directing trial by jury. Motion for leave to supply further proof denied, with costs. Opinion by Daniels, J.

Charles Gundlich, Respondent, v. Joseph Hensler, Appellant. - - Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Margaret Harvey, Respondent, v. New York, Woodhaven and Rockaway Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

Moritz Bauer, Respondent, v. Benjamin A. Willis, Appellant. — Judgment affirmed, with costs. Opinions by Brady, J., and by Davis, P. J., dissenting.

William Charley, Respondent, v. William Watson and others, Appellants. — Judgment modified as directed in opinion, and affirmed as modified, without costs, unless respondent elect to have the judgment reversed and a new trial ordered, with costs to abide event. Opinion by Daniels, J.

Virginia International Land, Loan and Trust Company, Respondent, v. James McKaye, Appellant. — Order reversed, without costs. Opinion by Daniels, J.

Balthasar Kreischer, Respondent and Appellant, v. Wilson D. Haven, Appellant and Respondent. — Order affirmed, on both appeals, without costs. Opinion by Davis, P. J.

Joseph Bissecks v. Isaac N. Hebbard and others. — Judgment set aside and vacated, new trial ordered, with costs to abide event. Opinion by Daniels, J.

John Hudson, Appellant, v. Ocean Steamship Company, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

John Collins, Appellant, v. Sarah J. Collins, Respondent. — Order modified as directed in opinion, and affirmed as modified, without costs of appeal to either party. Opinion by Davis, P, J.

Charles G. Landon and another, Plaintiffs, v. Moritz Bauer, Defendant. — Judgment ordered for the plaintiff. Opinion by Daniels, J.

Christian T. Christensen, Appellant, v. Gardner R. Colby, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

[Note. — Further decisions in this department were handed down January 29, 1886, which will be found in the next volume. — [Rep.